## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Jeffrey Cole | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 12 CR 545 | **DATE** | 7/20/2012 |
| **CASE TITLE** | USA vs. MARCUS JOHNSON | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Marcus Johnson appears in response to arrest on 7/20/2012. Defendant informed of her rights. Enter order appointing Daniel McLaughlin as counsel for defendant for initial appearance only. Removal proceedings held.  Defendant waives the identity hearing; the Court finds that the defendant Marcus Johnson is the person named in the arrest warrant. Order defendant removed to the Western District of Wisconsin.  Order defendant removed in custody to the Western District of Wisconsin forthwith.

Docketing to mail notices.

00:25

| | Courtroom Deputy Initials: | JS |
|---|---|---|