

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO ILLINOIS 60604

**THOMAS G. BRUTON**  **OFFICE OF THE CLERK**
   Clerk of Court

July 20, 2012

Wisconsin Western District Court
Robert W. Kastenmeier
United States Courthouse
120 North Henry Street, Room 320
Madison, WI 53703-4304

Re: USA v. Johnson
Case: 12cr545

Dear Clerk of Court:

Enclosed please find the certified copy of the docket entries in connection with removal proceedings conducted in this District regarding the above named defendant.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

All documents filed prior to electronic filing are included in this transfer package.

Subsequent paper documents filed after 1/18/05 are also included:

Document 7 Financial Affidavit

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,
Thomas G. Bruton, Clerk

by: s/Tiana Davis
Deputy Clerk