12cr545

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery 7/23/12 |
| 1. Article Addressed to:<br>12cr545<br><br>Wisconsin Western District Court<br>Robert W. Kastenmeier<br>United States Courthouse<br>120 North Henry Street, Room 320<br>Madison, WI 53703-4304 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>FILED<br>JUL 26 2012<br>THOMAS G BRUTON<br>CLERK, U.S. DISTRICT COURT<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7008 1830 0000 4143 1666 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540